# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Rhondalease Tawanna Arrington,             )<br>                                            )<br>　　　　Plaintiff,                         )<br>                                            )<br>　　v.                                      )<br>                                            )<br>Carolyn W. Colvin, Acting                  )<br>Commissioner of Social Security,           )<br>                                            )<br>　　　　Defendant.                         )<br>_____) | Civil Action No. 0:14-cv-02388-JMC<br><br><br>**ORDER** |

　　　　Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security (the "Commissioner"), has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. (ECF No. 19.)

　　　　On order of the court, this case will be remanded to the Appeals Council. Upon remand, the Appeals Council will direct an administrative law judge ("ALJ") to consider, discuss, and weigh the Veterans Administration disability ratings, and explain the reasons for such weight with specific citations to the record (Social Security Ruling 06-03p). Further, the ALJ will reevaluate the Plaintiff's maximum residual functional capacity, considering all of the evidence and opinions in the record.

　　　　Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby

1

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the case to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

United States District Judge

May 29, 2015
Columbia, South Carolina

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.