# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Rhondalease Tawanna Arrington, ) | |
| ) | Civil Action No. 0:14-cv-02388-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  This matter is before the court upon motion of Plaintiff, through her attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA") and costs, 28 U.S.C.§ 2412(d).  (ECF Nos. 24, 24-1.)  Plaintiff's motion, filed on June 25, 2015, seeks reimbursement for her counsel's representation in the captioned matter in the amount of $2,869.21 in attorney's fees at the rate of $187.53 per hour for 15.30 hours of work in federal court.  Defendant's response to Plaintiff's motion (ECF No. 26) demonstrates to the court that she does not oppose Plaintiff's request for fees in the amount stated herein.

  The court has reviewed Plaintiff's counsel's fee petition and finds that Plaintiff is entitled to an award of attorney's fees under the EAJA in the amount of $2,869.21.  *See* 28 U.S.C. §§ 2412(c)(1), 2414; *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).  In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528–29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

  Plaintiff's Motion for Attorney's Fees therefore is **GRANTED**.

2

**IT IS SO ORDERED.**

United States District Judge

October 20, 2015
Columbia, South Carolina

2